1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR08-82-RSL |
|---|---|
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| JODIE TAYLOR, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 20, 2012. The United States was represented by Assistant United States Attorney Steven Hobbs for Todd Greenberg, and the defendant by Lynn Hartfield for Michael Schwartz.

The defendant had been charged with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(C) and 846. On or about September 10, 2009, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 42 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure and abstain from the use of alcohol and other intoxicants.

In a Petition for Warrant or Summons dated July 11, 2012, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to participate in substance abuse treatment at Serenity Counseling Services, by being unsuccessfully discharged on May 22, 2012, in violation of the special condition.

2. Failure to participate in Life Skills/GED program at South Seattle Community College, as instructed since June 16, 2012, in violation of standard condition #3.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on August 28, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of July, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Robert S. Lasnik
     AUSA:                    Todd Greenberg
     Defendant's attorney:    Michael Schwartz
     Probation officer:       Felix Calvillo, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2